FILED
JUN 0 6 2007 NH
Jun. 6, 2007
MICHAEL W. BOBBINS
CLERK, U.S. DISTRICT COURT

JH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tamila Pikes, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) Oxford Collection Agency, Inc., a New York corporation, d/b/a Oxford Management Services, ) ) ) ) ) Defendant. ) | 07CV3152 JUDGE PALLMEYER MAGISTRATE JUDGE BROWN Jury Demanded |

## CLASS ACTION COMPLAINT

Plaintiff, Tamila Pikes, individually and on behalf of all others similarly situated, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a declaration that the form of Defendant's debt collection letter violates the FDCPA, and to recover damages for Defendant's violation of the FDCPA, and alleges:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

### PARTIES

3. Plaintiff, Tamila Pikes ("Pikes"), is a citizen of the State of Illinois, residing in the Northern District of Illinois, from whom Defendant attempted to collect a delinquent consumer debt owed to Cingular Wireless.

4. Defendant, Oxford Collection Agency, Inc., d/b/a Oxford Management Services ("OMS"), is a New York corporation, that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or telephone to collect, or attempt to collect, directly or indirectly, delinquent consumer debts, including delinquent consumer debts in the Northern District of Illinois. In fact, OMS was acting as a debt collector as to the debt it attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

5. Defendant OMS sent Ms. Pikes an initial form collection letter, dated September 21, 2006, in which Defendant demanded payment of a delinquent consumer debt owed to Cingular Wireless. This letter was sent within one year of this Complaint and is attached as Exhibit A.

6. The September 21, 2006 letter, which alternated between English and Spanish, offered to settle the debt at issue for -- depending upon the method of payment -- between 50-53% of the claimed balance, as long as payment was made within 11 days of the date of the letter, or for between 70-73% if paid within 23 days of the date of the letter. The letter also claimed that: "THIS IS A SPECIAL OFFER SO DON"T DELAY!!!". Lastly, buried at the bottom of the letter was the statement to: "Please see reverse side for collection laws that may apply to your state".

7. On the reverse side of the collection letter were two bold-faced headings: 1) **"PAYMENT REMITTANCE INFORMATION"**; and, 2) **"APPLICABLE NOTICE"**. The information contained under both of these headings is in markedly smaller type face than the jumble of information demanding payment on the front side of the letter. The 30-day validation notice mandated by § 1692g of the FDCPA, i.e., that the

2

consumer has 30 days to dispute the validity of the debt or any portion thereof, is wedged between these two headings, under the heading "**PAYMENT REMITTANCE INFORMATION**.

8. All of Defendant OMS's collection actions at issue occurred within one year of the date of this Complaint.

9. Defendant's collection communications are to be interpreted under the "unsophisticated consumer" standard. See, Gammon v. GC Services, Ltd. Partnership, 27 F.3d 1254, 1257 (7th Cir. 1994).

## COUNT I
## Violation Of § 1692g Of The FDCPA --
## Ineffectively Conveying The 30-Day Validation Notice

10. Plaintiff adopts and realleges ¶¶ 1-9.

11. Section 1692g of the FDCPA requires that, within 5 days of Defendant OMS's first communication to a consumer, an effective validation notice must be provided, i.e., notice that the consumer has 30 days to challenge the validity of the debt and seek verification of it.

12. Here, although Defendant OMS's letter contains the notice required by § 1692g of the FDCPA, that notice was hidden on the back side of the collection letter, under the heading of "**PAYMENT REMITTANCE INFORMATION**". Additionally, although debt collectors may place the statutorily-required 30-day validation notice on the back side of a collection letter, they must effectively refer consumers to the notice on the reverse side of the letter.

13. Defendant's letter failed to do so, and falsely advised Plaintiff to see the reverse side of the letter for laws that apply to her state, when in fact the 30-day

validation notice applies to all states. Accordingly, Defendant violated § 1692g of the FDCPA by failing to adequately convey the 30-day validation notice. See, Swanson v. Oregon Credit Service, 869 F.2d 1222, 1225-1226 (9th Cir. 1988).

14. Defendant's violation of § 1692g of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

## COUNT II
### Violations Of § 1692e and § 1692f Of The FDCPA -- False And/Or Deceptive Or Misleading Statements And Unfair Or Unconscionable Collection Actions

15. Plaintiff adopts and realleges ¶¶ 1-9.

16. Section 1692e of the FDCPA prohibits Defendant from making any false and/or any deceptive or misleading statements. Defendant falsely stated, in its form collection letter (Ex. A), to "**Please see reverse side for collection laws that may apply to your state**". The 30-day validation notice applies to all consumers, regardless of their state, and thus this statement by defendant was false and/or deceptive or misleading in violation of § 1692e of the FDCPA.

17. Moreover, § 1692f of the FDCPA prohibits a debt collector from using any unfair or unconscionable means to collect or attempt to collect a debt, see, 15 U.S.C. § 1692f. Defendant's collection letter, which failed to effectively convey the 30-day validation notice because that notice was hidden on the back side of the letter, constitutes conduct that is unfair or unconscionable, in violation of § 1692f of the FDCPA.

18. Defendant's violations of § 1692e and § 1692f of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

4

## COUNT III
### Violation Of § 1692e Of The FDCPA By Making False, Deceptive Or Misleading Statements Of Limited Time Settlement Offers

19. Plaintiff adopts and realleges ¶¶ 1-9.

20. Section 1692e of the FDCPA prohibits Defendant from making any false and/or any deceptive or misleading statements.

21. Defendant falsely stated, in its form collection letter (Ex. A), that it was offering Plaintiff a limited-time settlement offer, but only if payment was received in its office by a specific date. It is likely that the discount amount and/or the deadline were not true statements because Defendant and it client are virtually always ready to, and routinely do, settle debts at or below the discounted amount indicated, and at any time. Thus, Defendant's form collection letter violates § 1692e of the FDCPA. See, Goswami v. American Collections Enterprise, Inc., 377 F.3d 488, 496 (5th Cir. 2004).

22. Defendant's violation of § 1692e of the FDCPA renders it liable for statutory damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692(k).

## CLASS ALLEGATIONS

23. Plaintiff, Tamila Pikes, brings this action individually and as a class action on behalf of all persons similarly situated in the State of Illinois from whom Defendant attempted to collect a delinquent consumer debt allegedly owed to Cingular Wireless, from June 6, 2006, to June 6, 2007, via the same form collection letter Defendant sent to Plaintiff. This action seeks a declaration that Defendant's form letter violates the FDCPA, and asks that the Court award damages as authorized by § 1692k(a)(2) of the FDCPA.

24.     Defendant regularly engages in debt collection, using the same form collection letter it sent Plaintiff Pikes, in its attempts to collect from other persons.

25.     The Class consists of more than 35 persons from whom Defendant attempted to collect delinquent consumer debts by sending other consumers the same form collection letter it sent Plaintiff Pikes.

26.     Plaintiff Pikes' claims are typical of the claims of the Class. Common questions of law or fact raised by this class action complaint affect all members of the Class and predominate over any individual issues. Common relief is therefore sought on behalf of all members of the Class. This class action is superior to other available methods for the fair and efficient adjudication of this controversy.

27.     The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications with respect to the individual members of the Class, and a risk that any adjudications with respect to individual members of the Class would, as a practical matter, either be dispositive of the interests of other members of the Class not party to the adjudication, or substantially impair or impede their ability to protect their interests. Defendant has acted in a manner applicable to the Class as a whole such that declaratory relief is warranted.

28.     Plaintiff Pikes will fairly and adequately protect and represent the interests of the Class. The management of the class action proposed is not extraordinarily difficult, and the factual and legal issues raised by this class action complaint will not require extended contact with the members of the Class, because Defendant OMS's conduct was perpetrated on all members of the Class and will be established by common proof. Moreover, Plaintiff Pikes has retained counsel experienced in class

6

action litigation, including class actions brought under the FDCPA.

## PRAYER FOR RELIEF

Plaintiff, Tamila Pikes, prays that this Court:

1. Certify this action as a class action;

2. Appoint Plaintiff Pikes as Class Representative of the Class, and her attorneys as Class Counsel;

3. Declare that Defendant's form collection letter violates the FDCPA;

4. Enter judgment in favor of Plaintiff Pikes and the Class, and against Defendant, for statutory damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

5. Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, Tamila Pikes, demands trial by jury.

                                              Tamila Pikes, individually and on
                                              behalf of all others similarly situated,

                                              By: _____
                                                   One of Plaintiff's Attorneys

Dated: June 6, 2007

David J. Philipps
Mary E. Philipps
Bonnie C. Dragotto
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

PO Box 18060
Hauppauge, NY 11788-8860

please visit our website at www.oxfmgt.com or call 1-800-982-6096 for all payment options. All major credit cards accepted. Por favor visita nuestra dirección en el Internet www.oxfmgt.com o llamar al número que se encuentra en la parta de arriba para opciones de pagar. Todas las tarjetas de credito son aceptadas.

09/21/2006

RE: CINGULAR WIRELESS LLC
Account (Cuenta) #: ███████
Claim (Reclamo)#: ███████
Amount (Cantidad): $3683.63
Best Settlement Discount: $1933.91
(Mejor cantidad de arreglo)
Settlement Due Date (Fecha de pago): 10/02/2006

Tamila Pikes
███████, IL ███

PLEASE SEND ALL PAYMENTS AND CORRESPONDENCE TO THIS ADDRESS BELOW:

Oxford Management Services
CS 9018
Melville, NY 11747

In order to credit your account properly, you must return this top portion with your payment in the enclosed envelope.
Para acreditar sy cuenta, ud tiene que enviar esta porcion con sup ago en el sobre incluido con esta carta.

Dear (Estimado) Tamila Pikes,

**** DIVE INTO FALL SAVINGS **** (****Ahorros de Verano****)

**CINGULAR WIRELESS LLC** has given us authorization to save you money by settling your account.

Ya es el verano y nuestro cliente **CINGULAR WIRELESS LLC** ha nos dado la autoridad de hacerlo un descuento si usted paga su cuenta ahora.

You currently owe (Ud tiene deudas de) **$3683.63**.

By paying one of the settlement options below you will join the others that have saved hundreds or even thousands of dollars!! Ud tiene dos oportunidades de pagar su deuda como tantos otros quienes han ahorrado cientos o miles de dolares!!

| If paid by (Si Ud Paga antes de) 10/02/2006 | | If paid by (Si Ud Paga antes de) 10/14/2006 | |
|---|---|---|---|
| Discounted Amount Due / Cantidad de arreglo | Website Discounted Amount Due / Cantidad de arreglo si paga por Internet | Discounted Amount Due / Cantidad de arreglo | Website Discounted Amount Due / Cantidad de arreglo si paga por Internet |
| $1933.91 | $1841.82 | $2670.63 | $2578.54 |

You can mail in your payment or call us at **1-800-982-6096** and make your payment over the phone with a Check or Credit Card to take advantage of one of the Discounted Amount Due options listed above. Ud puede enviar sup ago por correo o puede llamarnos a **1-800-982-6096** y puede usar un cheque o tarjeta de credito para recibir la oportunidad de cual quier descuenta.

You can also pay on our website utilizing the PayMyBill®, a service of ITS, payment option and pay one of the Website Discounted Amount Due options listed above. Our website address is www.oxfmgt.com. Ud tambien puede pagar por Internet usando "Pay My Bill," un servicio de ITS y ahorra mas dinero si paga usando uno de las opciones arriba. Nuestra direccion de Internet es www.oxfmgt.com.

If you are not able to settle your account now, call us at **1-800-982-6096** and we may be able to lock in your savings. Si ud no puede pagar el saldo ahora, llamenos a **1-800-982-6096** y es posible que podemos ayudarle guarder su descuento. SI HABLA ESPAÑOL Y QUIERE RECIBIR UN DESCUENTO FAVOR DE LLAMAR AL **1-800-982-6096**.

**THIS IS A SPECIAL OFFER, SO DON'T DELAY!!! (ESTO ES UNA OFERTA ESPECIAL, NO ESPERA UN DIA MAS!!!)**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. Esta carta es un atendando de colectar una deuda y cualquier informacion obtenida sera utilizada para ese propsoito. **Please see reverse side for collection laws that may apply to your state. Esta comunicacion es de una agencia de colecciones. Por favor mira al otro lado para leyes que pertenecen a su estado.**

Sincerely (Sinceramente),

*Peter A. Brooks*
Senior Collection Manager
Director de Colecciones



Oxford Management Services™

CS 9018, Melville, NY 11747  1-800-982-6096  Fax: 631-454-4508
www.oxfmgt.com

AMERICAN COLLECTORS
*association member*


EXHIBIT A

(QESP)30:T056:019718:001:0000:

## PAYMENT REMITTANCE INFORMATION

| Payments Via Website: | Payments By Mail: | Western Union — Quick Collect | Money Gram Express Payment: | Payments by Phone: |
|---|---|---|---|---|
| www.oxfmgt.com  *certain restrictions and fees are associated with this service. | Oxford Management Services CS9018 Melville, NY 11747  Overnight Mail: Oxford Management Services 135 Maxess Road Suite 2A Melville, NY 11747 | Pay to: Oxford Management Services Code City: OMS State: NY To find nearest Western Union agent near you, please call (800) 325-6000 option 2 Melville, NY 11747 | Select Blue Express Payment Form 4 digit receive code: 2037 To find nearest moneygram agent, please call 800-926-9400. MoneyGram Customer Service: 800-555-3133 Payment may be made in cash only. Please include the following: Oxford Management Services, Melville, NY Claim # Oxfordmgt, Melville, NY | To use our check by phone service, please call (800) 982-6096  *certain restrictions and fees are associated with this service. |

**NOTICE:**
Unless you notify this office within 30 days after receiving your first notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving the first notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if any, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving the first notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

We are required under state law to give you the following notices, some of which refer to rights you also have under the federal law. This list does not include a complete list of the rights which consumers or commercial businesses have under state and federal law. Note the following, which may apply in the specified states:

## APPLICABLE NOTICE

| State | Notice |
|---|---|
| Colorado | *We are required under state law to notify consumers of the following rights. This notice does not contain a complete list of the rights consumers have under state and federal law. Colorado Residents: If you notify us in writing that you wish us to cease contact by telephone at your residence or place of employment, then no such further contact by telephone shall be made. If you notify us in writing that you refuse to pay a debt or that you wish us to cease further communication with you, then we shall not communicate further with you with respect to such debt, except for a written communication: (A) to advise you that our further efforts are being terminated; (B) to notify you that we may invoke specified remedies which we ordinarily invoke; or (C) where applicable, to notify you that we intend to invoke a specified remedy permitted by law. If you orally inform us of any of the matters specified in this paragraph, we shall advise you that such communication must be made in writing. Collection agencies are licensed by the Collection Agency Board, 1525 Sherman Street, 5th Floor, Denver, CO 80203. Do not send payments to the Collection Agency Board. For information about the Colorado Fair Debt Collection Practices Act, see http://www.ago.state.co.us/CADC/CADCMAIN.CFM.* |
| Idaho | The Agency's licensed address in Idaho is: 2691 N. Bobcat Way, Meridian, ID 99801. Permit #6070 |
| North Carolina | This Collection Agency is licensed by the North Carolina Department of Insurance. Permit #3655 |
| Massachusetts | *We are required under state law to notify consumers of the following rights. This notice does not contain a complete list of the rights consumers have under state and federal law. Massachusetts residents —* NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY. This Agency's Massachusetts Address: 49 Winter Street, Weymouth, MA 02188; Phone: (800) 982-6096. Office hours: 8:00 a.m.-5:00 p.m. EST, Monday through Friday. |
| Michigan | Michigan requires us to give the following notice, however, all consumers have these rights under federal law: The failure of a consumer to dispute the validity of a debt shall not be construed as an admission of liability by the consumer. |
| Minnesota | This Collection Agency is licensed by the Minnesota Department of Commerce. License #: CA-20288093 |
| Washington | This Agency's licensed address in Washington is: 512 Bell Street, Edmonds, WA 98020-3147 |
| New York City | This Agency is licensed by the New York City Department of Consumer Affairs. Permit# 1122683 |
| Utah | As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. |
| California | Notice: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted a credit agency if you fail to fulfill the terms or your credit obligations. |

OMSBK2